United States District Court
Eastern District of New York

6 pictures

Ronald Coleman

Plaintiff

against

Rudolph Giuliani
City of New York

04 4387

Complaint

1. At all times here in after mentioned, plaintiff was and is a resident of 80 Northfleet Coram, NY 11727.

mailing address
P.O. Box 4178
Hempstead, NY 11550

RECEIVED
OCT 1 2 2004
PRO SE OFFICE

2. Defendant Rudolph Giuliani, City of New York Law dept. office of Corporation Counsel 100 Church St.

3. The jurisdication of this Court is invoked pursuant to 42 USC. 1983 (list statues)

4. Give a clear and concise statement of fact upon which you are basing your complaint
   October 5, 2004 Played Mega game at lottery machine at City Hall in Manhattan, then went back panhandling in the street of New York City.

I watched the City of New York repair

of damage throughout New York City, reconstruct and build also the World Trade Center. In Nassau County also I watched places being fixed that were damaged. Where I live in Suffork County a Precinct in Seldon for the six precinct. A whole lot I watched being built in Suffork, Nassau and New York City. I had to go to the Civilian Complaint Review board, For police misconduct, because I was in a homeless shelter on Staten Island. The County and police have an extortion $10,000,000 Rudolph Giuliani lawsuit 03-7933-CV while I panhandle on the street of New York City. When I went to my appeal arguement 9-27-04 the city of New York gave no Submission. Did not submission Rudolph Giuliani 03-7933-CV

Wherefore plaintiff demand: Lawsuit Money damges in the amount $10,000,000 M...

Ronald Coleman
847-724-8872

